1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

12
LINKITZ SYSTEMS, INC.,

Case No. 5:15-cv-04724  NC

13
            Plaintiff,

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

14
      v.

15
PANASONIC CORPORATION, et al.,

16
            Defendant.

17

18
      In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19
above captioned case is referred to District Judge Ronald M.Whyte  to determine whether it

20
is related to 5:15-cv-04201 RMW,  Nebraska Dynamics, Inc. v. Panasonic Corporation, et

21
al.

22
      IT IS SO ORDERED.

23
      Date:  November 2, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

24

25

26

27

28